## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **CHRISTOPHER ERICKSON,** **Plaintiff,** v. **COLLINS ASSET GROUP, LLC and POTESTIVO & ASSOCIATES, PC,** **Defendants.** | **Case No.** 5:17-cv-10045-JCO-APP **Hon. John Corbett O'Meara** Motion to compel et al Exhibit list |

A. Newport Beach Holding Sale Agreement UNDER SEAL

B. CAG Account Collection Correspondence log –UNDERSEAL

C. Potestivo CaseAware - Report Bates 460 to 476 UNDERSEAL

D. 2017-3-27 CAG Production of Docs - Erickson 101454-1

E. CAG corporate witness deposition transcript, Crossan, Michael– UNDERSEAL

F. Potestivo corporate witness deposition transcript, Chantelle Neumann – UNDERSEAL

G. 2017-5-25 Amended NOD Collins SERVED

H. 2017-10-6 Subpoena and Dep Notice to Collins SERVED

I. Email agreement to use deposition in both state and federal cases

J. 171115 - Email from Potestivo counsel with CaseWare notes of Potestivo collection activity